IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60183

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

DELVECCHIO PIZZA, LLC d/b/a
DELVECCHIO'S PIZZERIA,

    Defendant.
_____

## JOINT NOTICE OF SETTLEMENT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Delvecchio's Pizza, LLC d/b/a Delvecchio's Pizzeria ("Defendant"), being all parties that have entered an appearance in this case, hereby give notice that the parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: May 26, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC | s/Lydia B. Cannizzo/ |
| 3111 N. University Drive | Lydia B Cannizzo (161543) |
| Suite 301 | Lydia.cannizzo@Cannizzochamberlin.net |
| Coral Springs, FL 33065 | CANNIZZO & CHAMBERLIN, P.A. |
| Telephone: (877) 437-6228 | 8759 SW 53rd Street |
| dan@copycatlegal.com | Cooper City, FL 33328 |
| | Telephone: (954) 680-1699 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: /s/ Daniel DeSouza | By: /s/ Lydia B. Cnnizzo |
|     Daniel DeSouza, Esq. |     Lydia B. Cannizzo, Esq. |
|     Florida Bar No.: 19291 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.