IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60183

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

DELVECCHIO PIZZA, LLC d/b/a
DELVECCHIO'S PIZZERIA,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and defendant Delvecchio's Pizza, LLC d/b/a Delvecchio's Pizzeria (each a "Party" and collectively, the "Parties"), hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Respectfully submitted on June 12, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC | Lydia B Cannizzo (161543) |
| 3111 N. University Drive | Lydia.cannizzo@Cannizzochamberlin.net |
| Suite 301 | CANNIZZO & CHAMBERLIN, P.A. |
| Coral Springs, FL 33065 | 8759 SW 53rd Street |
| Telephone: (877) 437-6228 | Cooper City, FL 33328 |
| dan@copycatlegal.com | Telephone: (954) 680-1699 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

By: /s/ Daniel DeSouza
   Daniel DeSouza, Esq.
   Florida Bar No.: 19291

By: /s/ Lydia B. Cannizzo
   Lydia B. Cannizzo, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.